FILED
CLERK, U.S. DISTRICT COURT

DEC - 3 2020

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Leonardo Ortuno-Palacios<br>DEFENDANT(S). | CASE NUMBER<br>8:20-MJ-00838<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defendant_____, IT IS ORDERED that a detention hearing is set for __Detention Hearing_____, __12/10/2020__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable __Autumn D. Spaeth_____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __December 3, 2020__

_____
Autumn D. Spaeth, U.S. Magistrate Judge